MARGUERITE L. NOWELL *v.* AMES NOWELL

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Superior Court in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files her brief on or before June 4, 1975.

*Edward W. Bassick III,* for the plaintiff (appellant).

*Rawle Deland,* for the defendant (appellee).

Argued May 6—decided May 6, 1975

ARTHUR EDMUNDSON, JR. *v.* MIGUEL F. RIVERA

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files his brief on or before June 17, 1975.

*Edward F. Kunin,* for the plaintiff (appellant).

No appearance for the defendant (appellee).